IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | |
|---|---|
| Dr. Delancy Bennett, ) | |
| ) | C.A. No. 8:24-cv-01041-BHH-WSB |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANTS' ADR** |
| ) | **CERTIFICATION** |
| Clemson University, Dr. Jim Clements, ) | |
| Dr. Robert Jones, Wendy York, Dr. Ryan ) | |
| Mullins, Dr. Danny Weathers, and ) | |
| Dr. Jennifer Siemens, ) | |
| ) | |
| Defendants. ) | |

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he has (1) provided his client with information relating to ADR which are required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with his client; and (3) discussed the advisability and timing of ADR with opposing counsel.

 

s/Christopher W. Johnson
Christopher W. Johnson (FID 7581)
Derwood L. Aydlette III (FID 5036)
Bettis Law Group, L.L.P.
3700 Forest Drive., Suite 500
Columbia, SC  29204
Tel.: (803) 799-9311
Fax: (803) 254-6951
chris@bettislawsc.com
dirk@bettislawsc.com

April 11, 2025

Columbia, South Carolina            ATTORNEYS FOR DEFENDANTS