UNITED STATES DISTRICT COURT
For the
District of South Carolina

| | |
|---|---|
| **DELANCY BENNETT** ) | |
| ) | |
| ) | **CASE NO.: 8:24-cv-01041-BHH-KFM** |
| v. ) | |
| ) | **SUBPOENA** |
| **CLEMSON UNIVERSITY, et al.** ) | |
| ) | |
| _____ ) | |

**SUPPLEMENT CERTIFICATION OF RECORDS**

I, Stacey Williams, am employed by Howard University, Office of the General Counsel, 2400 6th Street, N.W., Washington, D.C. 20059; (202) 806-2650.

My official title is Senior Paralegal Associate.

I am familiar with the type of documents and records received, created, and relied upon by Howard University in the ordinary course of its business. I certify that such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of these matters and were kept in the course of regularly conducted business activity; and if such record is not an original, such record is a duplicate of the original.

The attached records are responsive to the supplement subpoena dated September 13, 2024:

- Copies of all records, of whatever kind, form, or description in your possession or control relating to Delancy Bennett, social security number xxx-xx-0415, date of birth, 10/07/1971. Such documents will include, but will not be limited to, applications for employment resumes, personnel files, medical files, pay history, benefits information, correspondence, documents related to tenure, promotion, and/or reappointment, and any documents relating to charges or claims brought by or against him, and documents identifying job performance problems.

Executed on 14th day of November 2024 at Washington, District of Columbia.

*Stacey Williams*
**SIGNATURE**